UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ALFRED TAYLOR-EL, III<br><br>  Plaintiff,<br><br>  v.<br><br>T. CISNEROS, et al.,<br><br>  Defendants. | No. 1:23-cv-00889-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO SCREENING ORDER<br><br>(ECF No. 5) |

Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 12, 2023, Defendants removed this action which was originally filed in the Kings County Superior Court.

On June 27, 2023, the Court screened Plaintiff's complaint, found cognizable claims against Defendants Does 2 through 8 for excessive force, failure intervene, assault and battery, and negligence, and granted Plaintiff thirty days to file a notice of intent to proceed on the claims found to be cognizable or file an amended complaint.  (ECF No. 3.)

On July 26, 2023, Plaintiff filed a motion to remand the action back to the Kings County Superior Court.  (ECF No. 4.)

On July 27, 2023, Plaintiff filed a motion for an extension of time to respond to the Court's screening order until after a ruling on the pending motion for remand.  (ECF No. 5.)

///

On the basis of good cause, it is HEREBY ORDERED that Plaintiff is relieved of responding to the Court's June 27, 2023, until the motion for remand is resolved and upon further order of the Court.

IT IS SO ORDERED.

Dated:   **July 31, 2023**

_____
UNITED STATES MAGISTRATE JUDGE