UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ALFRED TAYLOR-EL, III<br><br>Plaintiff,<br><br>v.<br><br>T. CISNEROS, et al.,<br><br>Defendants. | No. 1:23-cv-00889-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND REMANDING MATTER BACK TO THE KINGS COUNTY SUPERIOR COURT<br><br>(ECF No. 9) |

Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 12, 2023, Defendant removed this action from the Kings County Superior Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. (ECF No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 26, 2023, Plaintiff file a motion to remand the action back to the Kings County Superior Court. (ECF No. 4.) On August 2, 2023, Defendants filed an opposition. (ECF No. 7.) On August 4, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending that Plaintiff's motion to remand the action be granted. (ECF No. 9.) The findings and recommendations were served on the parties and contained notice that objections were due within fourteen days after service. (*Id.* at 4.) No objections were filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

1

*de novo* review of this case. After careful review of the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The Findings and Recommendations issued on August 4, 2023, (ECF No. 9), are ADOPTED in FULL;
2. Plaintiff's motion to remand this action, (ECF No. 4), is GRANTED;
3. This action is remanded to the Kings County Superior Court; and
4. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: September 18, 2023

UNITED STATES DISTRICT JUDGE

2